STATEMENT IN

SUPPORT OF PROBABLE CAUSE

IN RE: Gilberto MONTEMAYOR Jr.

I, Christopher L. Joliet II, declare and state as follows:

1. On or about February 17, 2025, Border Patrol Agents were working their assigned duties at the Laredo West Border Patrol Checkpoint on U.S. Highway 83 north of Laredo in Webb County, Texas. At approximately 7:10 PM, Border Patrol Agents encountered a tan Chevrolet pickup truck bearing Texas license plate RGY8687 at in the primary inspection lane of the checkpoint.

2. A Border Patrol service canine alerted to the presence of contraband in the vehicle. The vehicle and its driver, Gilberto MONTEMAYOR, were sent to secondary inspection for further investigation.

3. Border Patrol Agents conducted a search of the vehicle which yielded a small amount of marijuana concealed in the vehicle's fuse box under the hood and ammunition located in the center console. MONTEMAYOR was detained by Border Patrol. MONTEMAYOR then admitted to Border Patrol Agents that he had concealed the bags of marijuana under the hood in the fuse box.

4. Border Patrol Agents asked MONTEMAYOR if he had any weapons on him. MONTEMAYOR admitted to having a firearm in his waistband. Border Patrol Agents recovered a black Ruger, model LCP, .380 caliber handgun bearing serial number 372568293 from MONTEMAYOR's waistband.

5. A subsequent check of MONTEMAYOR's criminal history revealed multiple felony convictions. Border Patrol contacted the Bureau of Alcohol, Tobacco, Firearms and Explosives who responded to the location.

6. An ATF Special Agent responded to the location and reviewed MONTEMAYOR's criminal history which showed multiple felony convictions including 2009 convictions of felony burglary of building and theft of property in Webb County, Texas. Additionally, MONTEMAYOR was convicted of felony unlawful carrying of a weapon in 2011 in Webb County, Texas.

7. ATF advised MONTEMAYOR of his Miranda rights and conducted an interview. During the interview, MONTEMAYOR admitted to possessing the firearm and his criminal record.

8. The initial inspection of the firearm indicates that it was manufactured outside of the State of Texas.

9. MONTEMAYOR was taken to the Webb County Jail without further incident.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed on the ___17th___ of __February__, 2025.

_____
Christopher L. Joliet II, ATF Special Agent

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above have committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 20__.

_____
UNITED STATES MAGISTRATE JUDGE